1
2
3
4
5
6
UNITED STATES DISTRICT COURT
7
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8 | RUSSELL DEAN ALLEN, )
)
9 | Plaintiff, ) Case No. C11-05466 JRC
)
| v. )
10 | ) **ORDER GRANTING APPLICATION**
| ) **TO PROCEED IN FORMA PAUPERIS**
| MICHAEL J. ASTRUE, Commissioner of the )
11 | Social Security Administration, )
| )
12 | Defendant. )
| )

13    Plaintiff's application to proceed in forma pauperis (ECF No. 1) is GRANTED. Plaintiff

14 does not appear to have funds available to afford the $350.00 filing fee.

15    The Clerk of Court is directed to issue summonses submitted by plaintiff to enable proper

16 service of the complaint on the appropriate parties. **It is the responsibility of plaintiff and**

17 **plaintiff's attorney to properly serve copies of the complaint along with appropriate**

18 **summonses as required by Rule 4 of the Federal Rules of Civil Procedure.**

19    DATED this 20th day of June, 2011.

20

21    _____

22    J. Richard Creatura
United States Magistrate Judge

23

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1