UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| RUSSELL DEAN ALLEN,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>    Defendant. | Civil No. 3:11-CV-05466-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including December 30, 2011, to file Defendant's responsive brief;

- Plaintiff shall have up to and including January 13, 2012, to file a reply brief; and

- Oral argument, if desired, requested by January 20, 2012.

DATED this 25th day of November, 2011.

_____
J. Richard Creatura
United States Magistrate Judge

Page 1    ORDER - [3:11-CV-05466-JRC]