UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| RUSSELL DEAN ALLEN, | Civil No. 3:11-CV-05466-JRC |
|---|---|
| Plaintiff, | ORDER AMENDING THE SCHEDULING ORDER |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including December 30, 2011, to file Defendant's responsive brief;
- Plaintiff shall have up to and including January 13, 2012, to file a reply brief; and
- Oral argument, if desired, requested by January 20, 2012.

DATED this 25th day of November, 2011.

_____
J. Richard Creatura
United States Magistrate Judge

Page 1    ORDER - [3:11-CV-05466-JRC]