| | |
|---|---|
| RUSSELL DEAN ALLEN,<br><br>                    Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>                    Defendant. | CASE NO. 11-cv-05466 JRC<br><br>ORDER ON STIPULATION FOR EQUAL ACCESS TO JUSTICE ACT FEES AND EXPENSES |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (See also Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 5; Consent to Proceed Before a United States Magistrate Judge, ECF No. 6). This matter is before the Court on the parties' Stipulation Regarding Award of EAJA Attorney's Fees and Expenses (see ECF No. 23).

Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, (hereinafter "EAJA"), and the Stipulation of the parties, as well as both the Declaration of Counsel re: EAJA Fees 28 U.S.C. § 2412 and the attorney time and expense sheet (ECF No. 23, Attachments 1 and 2), it is

ORDER ON STIPULATION FOR EQUAL
ACCESS TO JUSTICE ACT FEES AND
EXPENSES - 1

hereby ORDERED that EAJA attorney's fees of $4,243.87, $67.50 for paralegal fees, and expenses in the amount of $17.80 for a total award of $4,329.17, shall be awarded to plaintiff pursuant to the EAJA and consistent with <u>Astrue v. Ratliff,</u> 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at \*\*\*6-\*\*\*7 (2010). If it is determined that plaintiff's EAJA fees and expenses award is not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to plaintiff and shall be mailed to plaintiff's counsel, Charles W. Talbot, Esq., at Talbot and Associates, P.S., 5005 Center Street, Suite E, Tacoma, Washington 98409.

Dated this 17th day of February, 2012.

J. Richard Creatura
United States Magistrate Judge

ORDER ON STIPULATION FOR EQUAL
ACCESS TO JUSTICE ACT FEES AND
EXPENSES - 2